**MEMO ENDORSED**

**V/A & AMBINDER LLP**
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/5/2023

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick, Esq.**
Associate
mmoosnick@vandallp.com

May 4, 2023

**VIA ECF & ELECTRONIC MAIL**

Hon. Andrew L. Carter, Jr., U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

        **RE:** *Trs. of the N.Y.C. District Council of Carpenters Pension Fund, et al. v. Door Frame & Hardware Installation Repair Specialists*, 23 CV 1193 (ALC)

Dear Judge Carter:

    This firm represents the Petitioners ("Funds") in the above-referenced case. We write to respectfully request a 45-day stay of the pending action. This is the first such request.

    The Funds and the Respondent have engaged in settlement discussions and Funds have since received payment of the settlement amount. Therefore, the Petitioners request a 45-day stay of the action in order to allow time for formal trustee approval and finalization of the terms of settlement.

    We thank the Court for its time and attention to this matter.

                           Sincerely,

                            */s/Maura Moosnick*
                            Maura S. Moosnick, Esq.

Cc:    Respondent (*via email:* dfhirs@aol.com)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/5/2023